1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE JUAN REYES GAYTAN,                    Case No.  1:25-cv-2041-DC-JDP (P)

12                   Petitioner,

13          v.                                   ORDER

14    PAM BONDI, *et al.*,

15                   Respondents.

16

17          Jose Juan Reyes Gaytan, immigration detainee represented by counsel, has filed a motion

18    to petition for writ of habeas corpus under 28 U.S.C. § 2241.  ECF No. 1.  Under Rule 4 of the

19    Rules Governing Section 2254 Cases, I must examine the habeas corpus petition and order a

20    response to the petition unless it "plainly appears" that the petitioner is not entitled to relief.[1]  It

21    does not plainly appear that petitioner is not entitled to relief.  Therefore, I order the government

22    to respond to the petition, and I set a briefing schedule.

23          It is ORDERED that:

24          1.  The Clerk of the Court shall serve a copy of this order together with a copy of

25    petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United

26    States Attorney.

27    _____

28          [1] This rule may be applied to petitions brought under § 2241.  *See* Rule 1(b) of the Rules
      Governing § 2254 Cases.

                                          1

1    2. Within fourteen days of the date of service of this order, the respondent must file a

2  response to the petition.

3        3. A response may be one of the following:

4            A.    An answer addressing the merits of the petition.  Any argument by the

5    respondent that petitioner has procedurally defaulted a claim must be raised in the answer,

6    which must also address the merits of petitioner's claims.

7            B.    A motion to dismiss the petition.

8        4. Within fourteen days of the date of service of this order, respondent must file any

9  documents necessary for resolving the issues presented in the petition.

10        5. If respondent files an answer to the petition, petitioner may file a traverse within seven

11  days of the date of service of respondent's answer.  If no traverse is filed within seven days, the

12  petition and answer are deemed submitted.

13        6. If respondent moves to dismiss, petitioner must file an opposition or statement of non-

14  opposition within fourteen days of the date of service of respondent's motion.  Any reply to an

15  opposition to the motion to dismiss must be filed within seven days after the opposition is served.

16  The motion to dismiss will be considered submitted twenty-eight days after the service of the

17  motion or when the reply is filed, whichever comes first.  *See* Local Rule 230(l).

18        7. Respondent must complete and return to the court within thirty days a form stating

19  whether respondent consents or declines to consent to the jurisdiction of a United States

20  Magistrate Judge under 28 U.S.C. § 636(c)(1).

21

IT IS SO ORDERED.

22

23

Dated:    January 8, 2026        _____

24                    JEREMY D. PETERSON
                    UNITED STATES MAGISTRATE JUDGE
25

26

27

28

2